### John Thompson and Charlora Adams v. Amaziah Payne.

MOTION to set aside a default and all subsequent proceedings, on an affidavit of merits by the defendant, and two affidavits by the attorney and his clerk, that a notice of retainer had been duly served on the agent of the plaintiffs' attorney, but which, from misapprehension of the christian name of *Adams*, had been entituled *John Thompson* and *Charles Adams* against the defendant.

On the opposite side, the *attornies* of the plaintiffs swore positively, that they had never received any

notice of retainer in the present suit, or any other, in the title of which the christian name of *Charles* was used instead of *Charlora*.

KENT, C. J.   There must have been some mistake in this business, and as merits are sworn to, let the default and proceedings be set aside on payment of costs.